### 17423. BERRY v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

             DECIDED JULY 14, 1926.

Possessing intoxicating liquor; from Seminole superior court—Judge Yeomans. April 26, 1926.

---

Criminal Law, 16 C. J. p. 1180, n. 74.

*Drake & Drake,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,*
contra.